No. 147, Misc. SLAUGHTER *v.* CALIFORNIA ET AL. C. A. 9th Cir. Petition presented to MR. JUSTICE DOUGLAS for rehearing from his denial of an injunction, and by him referred to the Court, denied.

No. 608, Misc. BAKER *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.

No. 369. AMERICAN FARM LINES *v.* BLACK BALL FREIGHT SERVICE ET AL.; and

No. 382. INTERSTATE COMMERCE COMMISSION *v.* BLACK BALL FREIGHT SERVICE ET AL. Appeals from D. C. W. D. Wash. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. *Joseph A. Califano, Jr., John D. Hawke, Jr.,* and *William L. Peterson, Jr.,* for appellant in No. 369, and *Robert W. Ginnane* and *Arthur J. Cerra* for appellant in No. 382. *Peter T. Beardsley* and *Nelson J. Cooney* for Black Ball Freight Service et al., *William H. Dempsey, Jr.,* for Consolidated Freightways Corp. of Delaware et al., *James W. Wrape* and *Robert E. Joyner* for United Transports, Inc., and *Ed White* and *James E. Nelson* for Atchison, Topeka & Sante Fe Railway Co., appellees in both cases. *Solicitor General Griswold* filed a memorandum for the United States in both cases. Reported below: 298 F. Supp. 1006.